United States District Court
Southern District of Texas
**ENTERED**
August 25, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN MCMAHAN, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-22-1525 |
| | § | |
| U.S. BANK TRUST NATIONAL | § | |
| ASSOCIATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

The United States Bank Trust National Association, an intervenor in this case, filed a motion for summary judgment in February 2023. (Docket Entry No. 32). The plaintiff, John McMahan, did not file a response. McMahan claims that his attorney he had retained did not notify him of the motion for summary judgment and has not responded to any communication from McMahan for months. McMahan filed a motion to dismiss his counsel, (Docket Entry No. 49), and a series of additional pro se motions, (Docket Entry Nos. 50, 51, 53). The Bank moved for a continuance, (Docket Entry No. 54), to respond to McMahan's motions.

Having reviewed the motions and the record, the court will, in the interests of fairness, give McMahan an opportunity to obtain new counsel and have a counseled response to the motion for summary judgment. The motion to dismiss plaintiff's current counsel, (Docket Entry No. 49), is granted. McMahan's new counsel must enter an appearance no later than October 20, 2023.

The motion for summary judgment, (Docket Entry No. 32), is terminated. The motion must be refiled on October 20, 2023. McMahan's response to the motion for summary judgment

is due on November 10, 2023, whether or not he has retained new counsel.  All other motions,

(Docket Entry Nos. 50, 51, 53, 54), are denied as moot.

SIGNED on August 25, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge